# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>RYAN LOPEZ,<br><br>        Defendant. | Case No.  5:24-po-00384-CDB<br><br>CVB Violation E2090673 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Doc. 3) |

      Defendant Ryan Lopez was issued Violation Notice E2090673 with a total collateral due of $380.00.  On January 9, 2025, Defendant paid the fine amount of $516.00 and the Court accepted the $516.00 as payment in full and closed the case.

      Accordingly, the Court ORDERS that a refund be issued to Defendant in the amount of $136.00.

IT IS SO ORDERED.

Dated:   **January 10, 2025**                _____

                                                    UNITED STATES MAGISTRATE JUDGE